WOLFE, APPELLEE, *v.* GRANGE INDEMNITY INSURANCE
COMPANY ET AL., APPELLANTS.

[Cite as *Wolfe v. Grange Indemn. Ins. Co.,*
137 Ohio St.3d 561, 2013-Ohio-5201.]

(No. 2012–0497—Submitted November 20, 2013—Decided December 17, 2013.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Cullen v. State Farm Mut. Auto. Ins. Co.*, 137 Ohio St.3d 373, 2013-Ohio-4733, 999 N.E.2d 614. The cause is remanded to the appellate court for further proceedings. Appellants' motion to lift the stay of the briefing schedule is denied.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent from the judgment to reverse and remand.

Schulman Zimmerman & Associates, Allen Schulman Jr., and Brian L. Zimmerman, for appellee.

Vorys, Sater, Seymour and Pease, L.L.P., Philip F. Downey, Robert N. Webner, and Robert J. Krummen, for appellants.

Daniel J. Kelso, urging reversal for amici curiae Ohio Insurance Institute, National Association of Mutual Insurance Companies, and Property Casualty Insurance Association of America.

Linda S. Woggon, urging reversal for amicus curiae Ohio Chamber of Commerce.